IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ANTHONY E. HANCOCK, #38370 | § |
| | § |
| VS. | § |
| | § CIVIL CASE NO. 4:24-CV-250-SDJ |
| COLLIN CNTY. DET. FAC. MENTAL | § |
| HEALTH SUPERVISOR JOHN/JANE | § |
| DOE, ET AL. | § |

## ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Aileen Goldman Durrett, who issued a Report and Recommendation (Dkt. #6) concluding that Plaintiff's lawsuit should be dismissed without prejudice for want of prosecution. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 1st day of February, 2025.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE